Nellie E. Lee, Appellee, v. Central Business Men's Association, Appellant.

Gen. No. 6,499. (Not to be reported in full.)

Appeal from the Circuit Court of Kankakee county; the Hon. Ar-THUR W. DESELM, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed February 12, 1918. *Certiorari* denied by Supreme Court (making opinion final).

## Statement of the Case.

Action by Nellie E. Lee, plaintiff, against Central Business Men's Association, defendant, to recover on a policy of accident insurance, wherein plaintiff was beneficiary, issued to plaintiff's husband by defendant. From a judgment for plaintiff for the amount of the policy, defendant appeals.

The application was not in the usual form of questions and answers, but in the form of statements bearing consecutive numbers, and after each a place in which to write any qualification of the printed matter by the applicant. This application for accident insurance was solicited by the president of appellant and he wrote all the answers appearing in the original application.

Statements Nos. 8, 9, 10, 11, 12, 13 and 14 and the words written after the printed portion of the statements in the original application were as follows:

"8. I have no accident or health insurance in this Association; no accident insurance in any company or association; have made no application for accident insurance upon which I have not been notified of the action thereon, except no ex.

"9. No application ever made by me for life, health or accident insurance has been declined; no life, health or accident policy ever issued to me has been canceled nor has any renewal thereof been refused by

54 APPELLATE COURTS OF ILLINOIS.

Lee v. Central Business Men's Association, 209 Ill. App. 53.

this or any other company or association, except no ex.

"10. I have never received indemnity from this or any other company or association for accidental injury or illness, except nothing for past five years.

"11. My habits of life are correct and temperate; I am in sound condition mentally and physically; my hearing or vision is not impaired; I have never had nor am I now suffering from or subject to fits, disorders of the brain, or any bodily or mental infirmity, except no ex.

"12. I have not in contemplation any special journey or hazardous undertaking, except no ex.

"13. My average weekly earnings exceed the weekly indemnity payable under this policy and all other accident or health policies carried by me, except no ex.

"14. I have not been disabled nor have I received medical or surgical treatment within the past five years, except................"

HELMER, MOULTON, WHITMAN & WHITMAN, for appellant; FRANK A. HELMER and CHARLES R. HOLTON, of counsel.

W. R. HUNTER, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the court.

## Abstract of the Decision.

1. INSURANCE, § 231*—*when statements in application for accident constitute representations.* Statements in an application for accident insurance made a part of the policy, *held* to be representations and not warranties.

2. INSURANCE, § 231*—*when statements in application for accident insurance are immaterial.* An application for accident insurance containing statements as to the applicant construed as seeking

information only as to the five years next preceding its date, and such statements as immaterial where the defense was as to matters happening more than five years preceding its date, in an action to recover on the policy.

3. INSURANCE, § 243*—*what is an immaterial statement in an application for accident.* A statement in an application for accident insurance as to the applicant having theretofore any life, health or accident insurance is immaterial, in an action on the policy.